FILED

JAN 1 6 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN LEE WILSON-TORRES,<br><br>Defendant | Case No.: 25-CR-04795-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon the motion of the United States, pursuant to Federal Rules of Criminal Procedure 48, IT IS HEREBY ORDERED that the Information against Defendant in the above-captioned case is dismissed without prejudice.

SO ORDERED AND ADJUDGED.

DATED: 1/16/26

_____
HON. TODD W. ROBINSON
United States District Judge